THE STATE OF MONTANA ex rel HILDA MARION DENNIS, RELATOR, v. THE DISTRICT COURT OF THE EIGHTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF CASCADE, AND THE HON. H. WILLIAM CODER, JUDGE, RESPONDENTS.

No. 14081.
Dec. 7, 1977.
571 P.2d 809.

ORDER

Having considered relator's petition for writ of supervisory control or other appropriate writ,

IT IS ORDERED that relator's petition is hereby denied.

DATED this 7th day of December, 1977.

THE STATE OF MONTANA ex rel JOHN EMPIE EMERY, RELATOR, v. THE DISTRICT COURT OF THE THIRTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA IN AND FOR THE COUNTY OF YELLOWSTONE AND THE HONORABLE CHARLES LUEDKE, PRESIDING JUDGE, RESPONDENTS.

No. 13979.
Sept. 21, 1977.
570 P.2d 575.

ORDER

PER CURIAM:

IT IS ORDERED that the petition for writ of supervisory control or other appropriate writ in the above named cause is hereby denied.